Christine A. Amalfe
Kristin D. Sostowski
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
Attorneys for Plaintiff
Kings Toys Limited

| | |
|---|---|
| KINGS TOYS LIMITED<br><br>    Plaintiff,<br><br>  v.<br><br>SPORTCRAFT, LTD<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 06-1043 (DMC)<br><br>**AMENDED PRETRIAL<br>SCHEDULING ORDER** |

**WHEREAS**, the Parties appeared before the Honorable Mark Falk by telephone on May 24, 2007; and

**WHEREAS**, the Court has agreed to extend certain discovery deadlines in this pending action; and

**WHEREAS**, the Parties have consented to this form of Order and the extended discovery deadlines set forth herein, and upon good cause appearing;

IT IS on this ___4th___ day of ~~May~~ June 2007,

**ORDERED** that the Parties shall complete all written discovery, including serving answers to Interrogatories and responses to Requests for Production of Documents, by June 20, 2007; and

**IT IS FURTHER ORDERED** that deposition discovery may begin on June 21, 2007, with all depositions of fact witnesses to be completed by August 31, 2007; and

**IT IS FURTHER ORDERED** that a Status Conference shall be held before Magistrate Judge Falk on September _10_, 2007, @ 10:00 A.M. at which time deadlines for the completion of expert depositions, if any are required, and dispositive motions will be set; and

**IT IS FURTHER ORDERED** that all other provisions of the Pretrial Scheduling Order, dated November 9, 2006, shall remain in effect to the extent not amended by this Order.

Hon. Mark Falk
United States Magistrate Judge